INTERLAKEN REALTY COMPANY, Respondent, v. HANBY REALTY CORPORATION, Appellant, Impleaded with Others. RUTH LEWINSON, as Receiver, Respondent.— Order, as resettled, so far as appealed from, affirmed, with twenty dollars costs and disbursements to plaintiff, respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERT KIRKMAN and DAVID G. O'HARA v. GUY VAN AMRINGE, City Magistrate of the City of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR BERENSON and LAWRENCE BERENSON v. WILLIAM H. CHOROSH and Others, Impleaded with SAMUEL D. LEIDESDORF.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CARMEN ANDRES, as Administratrix, etc., of ARSENIO ANDRES, Deceased, v. MUNICIPAL FARMS, INCORPORATED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CORNELL MILLS, INCORPORATED, v. WERTHY FABRIC Co., INC., and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of BERRY WOLF for an Order of Mandamus against JOHN H. DELANEY and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of THE NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. FRANCIS E. COCKS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BARNET J. BEYER, INCORPORATED, v. AMERICAN ART ASSOCIATION-ANDERSON GALLERIES, INCORPORATED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN W. JACKSON v. MARTIN MILLER.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JOSEPHINE McLAUGHLIN for an Order Appointing a Substitute Committee in the Place and Stead of GEORGE E. ROOSEVELT and Others, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

RACHEL VOLK v. WILSON & Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.